IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF CONNECTICUT

In re Application for Order

Case No. 3:18mj1373(JGM)

May 13, 2020

**MOTION TO UNSEAL CASE BUT FILE REDACTED VERSION OF THE APPLICATION (DOC. 1), ORDER (DOC. 2) and ORDER TO SEAL (DOC. 3)**

This matter was sealed by Court order on April 18, 2007. The Government does not object to the unsealing of this matter but respectfully requests that redacted versions of the Application (Doc. 1), Order (Doc. 2) and Order to Seal (Doc. 3) be filed on the public docket and that the originals remain sealed.

The proposed redactions related to the identities of individuals (including name and other information like email addresses) who were under investigation in 2007 but who were not charged in this District. Public disclosure of these individuals might suggest to the public that he/she/they engaged in wrongdoing even though he/she/they were not charged with a federal crime, either by way of criminal complaint or indictment. The Government respectfully submits that redacting the name and personal identifying information from the above-documents is narrowly-tailored measure to address the Government's concerns while also allowing the bulk of the documents to be available to the public.

Proposed redacted versions of Docs. 1 through 3 are being filed herewith.

1

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Sarah P. Karwan*

_____

SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct22911
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT   06510
Tel.:    (203) 821-3700

2